## BAXTER v. KENYON.

### Appeal from Hamilton District Court — Thursday, January 28.

ACTION to recover money paid by plaintiff to defendant for a patent right. The suit was commenced by attachment, and real estate of the defendant attached under the writ. Personal service was made on the defendant in Michigan, he being a non-resident of this State. There was an appearance by attorney; answer filed traversing petition; jury trial; verdict and judgment for plaintiff. The defendant appeals.

*Chas. A. Clark* for appellant—*D. D. Miracle* and *Bradley & Caswell* for appellee.

COLE, J. — The question as to the right of the District Court to render a pesonal judgment against defendant, with service out of the State and appearance by attorney, as shown in the statement, was very ably discussed before us by the appellant's counsel. But the transcript fails to show any exception whatever to any instruction, order, judgment or proceeding in the case, and this point is made by appellee's counsel. In the absence of any exception, no question is presented for our decision. This has been frequently held by this court.

Affirmed.